**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2286**

———————

AVIS W. BUTLER,

Plaintiff - Appellant,

versus

ORANGEBURG COUNTY; DONNIE L. HILLIARD, in his
individual and official capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Charles E. Simons, Jr., Senior Dis-
trict Judge. (CA-97-1412-5-6BC)

———————

Submitted: February 25, 1999        Decided: March 8, 1999

———————

Before HAMILTON, WILLIAMS,* and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Avis W. Butler, Appellant Pro Se. Derwood Lorraine Aydlette, III,
GIGNILLIAT, SAVITZ & BETTIS, Columbia, South Carolina, for
Appellees.

———————

    * Judge Williams did not participate in consideration of this
case. The opinion is filed by a quorum of the panel pursuant to 28
U.S.C. § 46(d).

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Avis W. Butler appeals from the magistrate judge's order granting summary judgment to the Defendants on her employment discrimination suit.[*] Our review of the record and the magistrate judge's opinion discloses no reversible error. Accordingly, we affirm on the magistrate judge's reasoning. See <u>Butler v. Orangeburg County</u>, No. CA-97-1412-5-6BC (D.S.C. Aug. 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

————————

[*] The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. §636(c) (1994).

2